**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

**MAYRA MILLAN, et als.,**
Plaintiffs

                                                          **CIVIL NO. 02-2687(DRD)**

v.

**HOTP. SAN PABLO, et als.,**
Defendants

**O R D E R**

      Pending before the Court are Plaintiffs and co-defendants Hospital Hermanos Melendez and AIICO's respective motions for reconsideration of this Court's denial of the extensions of time they had requested. Once again, the Court takes time from its schedule to remind all parties that the instant case has been, since the beginning, plagued with requests, **BY ALL PARTIES**, for extensions of time regarding every single ordered deadline by this Court. In the spirit of fairness, the Court has been gratuitously generous in consistently extending deadlines for all parties. For the **SECOND** time, the Court also emphasizes that it has been more than clear in innumerable occasions expressly ordering -- in capitalized and bold letters -- that no more extensions would be granted unless a certified showing of good cause was proffered and that having too many cases to handle was not going to be accepted as good cause (*see* O'Connell v. Hyatt, 357 F.3d 152, 154 (1st Cir. 2004), and Chamorro v. Puerto Rican Cars, Inc., 304 F.3d 1, 5 (1st Cir. 2002), respectively). Albeit this quite intelligible forewarning, the parties **INSIST** on requesting extensions of time (and even extensions over their requested extensions) proffering a heavy workload as their excuse. Accordingly, plaintiffs and co-defendants' motion for reconsideration of orders found at Docket Nos. 162, and 163 (Docket Nos. 164, 167) are **DENIED**, and plaintiffs' motion submitting translated exhibit (Docket No. 166) is **MOOT**.

      The Court wishes to make one **LAST WARNING**. Should parties continue with this habit of incessantly requesting extensions upon extensions without proffering **CERTIFIED** good cause (*see* O'Connell, Id.), further delaying the instant proceedings, the Court will be left with no other alternative than to impose sanctions. Suffice it to say that **NO MORE EXTENSIONS WILL BE GRANTED ON ANY MATTER.**

      IT IS SO ORDERED.

                                                                                       S/ Daniel R. Dominguez
**Date**: July 26, 2004                                      **DANIEL R. DOMINGUEZ**
                                                                                      U.S. DISTRICT JUDGE